

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Hector Estrada, Isela Estrada, Maria Martinez, and Jorge Gonzales **V.** Daner Lee Cheshire and Lyndon Charles Cheshire

Appellate case number:   01-14-00014-CV

Trial court case number: 2012-01183

Trial court:             61st District Court of Harris County

Date motion filed:       July 21, 2015

Party filing motion:     Appellees, Lyndon and Daner Cheshire

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                            ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Brown


Date:  October 20, 2015